# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00049-CV

**Carlos Valenzuela, Appellant**

**v.**

**Marissa Collins, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 14-0606, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on March 12, 2015. On March 25, 2015, this Court notified appellant that his brief was overdue and that his appeal could be dismissed for want of prosecution unless he filed a brief or responded to the notice by April 6, 2015. To date, appellant has neither filed his brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed: May 22, 2015